IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| STEVE B. WINSTON, JR., | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. SA-13-CA-471-FB |
| UNION PACIFIC RAILROAD COMPANY, | § | |
| Defendant. | § | |

**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Before the Court is the Joint Motion for Dismissal with Prejudice filed February 28, 2014 (docket #15). The parties jointly move the Court to dismiss this case with prejudice with each party to bear his or its own costs, expenses and attorneys' fees. The Court finds the motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the Joint Motion for Dismissal with Prejudice (docket #15) is GRANTED such that this case is DISMISSED WITH PREJUDICE with each party to bear his or its own costs, expenses and attorneys' fees, and this case is CLOSED. Motions pending, if any, are also DISMISSED.

It is so ORDERED.

SIGNED this 28 day of February, 2014.

FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE