IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| STEVE B. WINSTON, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-13-CA-471-FB |
| | § | |
| UNION PACIFIC RAILROAD COMPANY, | § | |
| | § | |
| Defendant. | § | |

# J U D G M E N T

The Court considered the Judgment to be entered in the above styled and numbered cause. Pursuant to the Joint Motion for Dismissal with Prejudice filed by the parties on February 28, 2014 (docket #15), and the Order Granting Joint Motion for Dismissal with Prejudice filed in this case on the same date;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is DISMISSED WITH PREJUDICE with each party to bear his or its own costs, expenses and attorneys' fees. Motions pending, if any, are also DISMISSED.  IT IS FURTHER ORDERED that this case is CLOSED.

It is so ORDERED.

SIGNED this 28th day of February, 2014.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE